# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The ESTATE OF FLETCHER JACKSON; MARY COBB-JACKSON individually and as the personal representative of the ESTATE OF FLETCHER JACKSON; F.J.A.J. by and through his Guardian *Ad Litem* MICHELLE HEARD; The ESTATE OF JOHN SLOAN; YVETTE HERNANDEZ individually and as the personal representative of the ESTATE OF JOHN SLOAN | CASE NO.:  12-02101 JCS<br><br>[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE STATEMENT |
| Plaintiffs, | |
| v. | |
| CITY OF OAKLAND, a municipal entity; HOWARD JORDAN, in his official capacity as Chief of Police for the CITY OF OAKLAND; CAPTAIN ERSIE JOYNER III, individually and in his official capacity as a police officer for CITY OF OAKLAND; OFFICER CESAR GARCIA, individually and in his official capacity as police officer for the CITY OF OAKLAND and DOES 1-50, inclusive. | |
| Defendants. | |

IT IS HEREBY ORDERED the May 30, 2014 Case Management Conference be continued to July 11, 2014.  Good Cause being Defendants' Counsel has an unexpected medical emergency that will make him unavailable to appear at the May 30, 2014 Case Management Conference.

SO ORDERED.

Date: May  21 , 2014



_____
JOSEPH        C. SPERO
UNITED STATES MAGISTRATE JUDGE

STIP AND [PROPOSED] ORDER TO CONTINUE CMC - 3