1 | BARBARA J. PARKER, City Attorney, SBN 069722
OTIS McGEE, Chief Assistant City Atty., SBN 071885
2 | DAVID A. PEREDA, Supervising Trial Atty. , SBN 237982
CHARLES E. VOSE, Senior Deputy City Atty., SBN 139700
3 | One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
4 | Phone:  (510) 238-2961, Fax:  (510) 238-6500
27797:1836585
5 |
Attorneys for Defendants
6 | CITY OF OAKLAND, CHIEF HOWARD JORDAN
ERSIE JOYNER, III, & CAPTAIN CESAR GARCIA
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 |

12 | The ESTATE OF FLETCHER JACKSON;    Case No.  C12-02101 JCS (LB)
MARY COBB-JACKSON individually and as
the personal representative of the ESTATE      (PROPOSED) ORDER EXCUSING
13 | OF FLETCHER JACKSON; F.J.A.J. by and    DEFENDANT CAPTAIN ERSIE
through his Guardian *Ad Litem* MICHELLE    JOYNER, III FROM SETTLEMENT
14 | HEARD; The ESTATE OF JOHN SLOAN;    CONFERENCE
YVETTE HERNANDEZ individually and as
15 | the personal representative of the ESTATE
OF JOHN SLOAN,
16 |
              Plaintiff,
17 |
         v.
18 |
CITY OF OAKLAND, a municipal entity;
19 | HOWARD JORDAN, in his official capacity
as Chief of Police for the CITY OF
20 | OAKLAND; CAPTAIN ERSIE JOYNER III,
individually and in his official capacity as a
21 | police officer for CITY OF OAKLAND;
OFFICER CESAR GARCIA, individually and
22 | in his official capacity as police officer for
the CITY OF OAKLAND and DOES 1-50,
23 | inclusive.

24 |         Defendants.

25 |

26 |

(PROPOSED) ORDER EXCUSING CAPTAIN ERSIE JOYNER, III                    C12-02101 JCS (LB)
FROM SETTLEMENT CONFERENCE

1 | Upon application by Defendant CAPTAIN ERSIE JOYNER, III, and good cause

2 | appearing, it is hereby ordered as follows:

3 | Defendant CAPTAIN ERSIE JOYNER, III is hereby excused from attending the

4 | Settlement Conference in this action, scheduled for Wednesday, January 27, 2016.  Chief

5 | Sean Whent of the Oakland Police Department will attend the Settlement Conference.

6 | **IT IS SO ORDERED.**

7

Dated:  January _21_ , 2016

8

9

THE HONORABLE LAUREL BEELER
UNITED STATES DISTRICT COURT
10 MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-